## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MD MALL ASSOCIATES, LLC, t/a  :  <br> MacDade Mall Associates, L.P., : <br>     Plaintiff                 : <br>       v.                    : <br> CSX TRANSPORTATION, INC., : <br>     Defendant      : | C.A. No. 2:11-cv-04068-JS |

## JOINT EXHIBIT LIST[1]

| NO. | DESCRIPTION | ADMITTED | NOT ADMITTED |
|---|---|---|---|
| 1 | Curriculum Vitae of Dr. Frank X. Browne, Ph.D., P.E. | | |
| 2 | 3/28/14 Frank X. Browne, Ph.D., P.E., Expert Report including: <br>   1. USGS Chester Quadrangle, 1898 <br>   2. Cross-sectional Views of CSX and Mall Property (Figures 2 through 4) <br>   3. CSX Transportation Standard Roadbed and Ballast Drawing <br>   4. Kelly & Close Cross Section Alignment Plan <br>   5. Kelly & Close Cross Section Plan <br>   6. Off-Site Drainage Areas <br>   7. Photographs 1 through 13 | | |
| 3 | Site Photographs produced by Dr. Browne (Browne Dep. Ex. 4 and 5) | | |
| 4 | Local Climatological Data 2009 through 2012 (Browne Dep. Ex. 6) | | |
| 5 | 3/17/14 Browne Calculations (Browne Dep. Ex. 7) | | |
| 6 | 6/1/07 CSX Transportation Standard Specifications (Browne Dep. Ex. 8) | | |
| 7 | Curriculum Vitae of James P. Kelly, P.E. | | |

---

[1] Defendant's Exhibit List begins at number 51.

| NO. | DESCRIPTION | ADMITTED | NOT ADMITTED |
|---|---|---|---|
| 8 | 3/28/14 James P. Kelly, P.E., Expert Report including:<br>1. Kelly & Close Topographic and Location Plan<br>2. Kelly & Close Cross Section Plan<br>3. Kelly & Close cross Section Alignment Plan<br>4. Kelly & Close Cross Section Plan | | |
| 9 | Kelly & Close Field Notes and Dye Test Results including:<br>1. Precipitation record from AccuWeather.com<br>2. Site Plan<br>3. Photographs | | |
| 10 | Video of Kelly & Close Dye Test | | |
| 11 | Photographs produced by James Kelly (Kelly Dep. Ex. 1) | | |
| 12 | c. 4/30/14 Photographs of flooding at Mall property on 4/30/14 | | |
| 13 | 5/1/14 Photographs of site | | |
| 14 | 5/16/14 Photographs of site | | |
| 15 | 5/29/14 Affidavit of Franke X. Browne, Ph.D., P.E. (including exhibits) | | |
| 16 | 3/9/12 Joint Stipulation as to Facts Regarding Defendant's Engagement of Arcadis US, Inc. | | |
| 17 | 6/30/1917 Baltimore and Philadelphia Railroad Co. Right of Way and Track Map, plotted 4/4/11 | | |
| 18 | 1964 Department of Highways Construction Drawings | | |
| 19 | 1975 Site Drainage Plan for MacDade Mall prepared by Catania Engineering and Associates, Inc. with stamp of James C. Kelly, P.E. | | |
| 20 | 12/29/1989 CSX Transportation, Inc. Certificate of Merger | | |

| NO. | DESCRIPTION | ADMITTED | NOT ADMITTED |
|---|---|---|---|
| 21 | 1999 Deed for MacDade Mall property | | |
| 22 | 8/3/2001 ALTA/ASCM Survey Plan for MacDade Mall | | |
| 23 | 2003-2011 CSX Maintenance Record for site (Helene Dep. Ex. 2) | | |
| 24 | 10/29/10 William Dion's first letter to CSX with photographs of site | | |
| 25 | 10/29 – 10/30/2010 photographs of site (Lackford Dep. Ex. 4) | | |
| 26 | 1/13/11 William Dion's second letter to CSX with photographs of site | | |
| 27 | 1/20/11 Jeremy Helene's email to Paula Allen (Helene Dep. Ex. 8) | | |
| 28 | 1/20/11 Jeremy Helene's email to Kandria James (Helene Dep. Ex. 9) | | |
| 29 | 4/7/11 Photographs of cleared out eroded channel (Lackford Dep. Ex. 6) | | |
| 30 | 4/19/11 John Fiore, Jr.'s letter to Jeremy Helene with photographs (Helene Dep. Ex. 12) | | |
| 31 | 4/19/11 Photographs of site (Lackford Dep. Ex. 5) | | |
| 32 | 6/3/11 Photographs of site taken by Arcadis US, Inc. | | |
| 33 | 8/22/11 Plaintiff's Amended Complaint | | |
| 34 | 9/8/11 Photographs of site | | |
| 35 | 10/3/11 Defendant's Rule 26 Disclosures | | |
| 36 | 10/13/11 Defendant's Answers to Plaintiff's Request for Production of Documents | | |
| 37 | 11/18/11 Deposition Transcript of Jeremy Helene (including all exhibits) (in Volume II) | | |
| 38 | 11/21/11 Defendant's Answers to Plaintiff's Interrogatories | | |
| 39 | 11/21/11 Defendant's Answers to Plaintiff's Second Request for Production of Documents | | |

| NO. | DESCRIPTION | ADMITTED | NOT ADMITTED |
|---|---|---|---|
| 40 | 11/22/11 Court Order | | |
| 41 | 12/6/11 Deposition transcript of William Parry (including all exhibits)    (in Volume II) | | |
| 42 | 12/7/11 Deposition transcript of David Lackford (including all exhibits) (in Volume II) | | |
| 43 | 2/27/12 Transcript of Oral Argument on Motion for Summary Judgment | | |
| 44 | 3/9/12 Court Order | | |
| 45 | 10/7/13 Court Order | | |
| 46 | 11/25/13 CSX's Responses to Plaintiff's Requests for Admission | | |
| 47 | 1/7/14 Court Order | | |
| 48 | 12/30/13 CSX's Responses to Plaintiff's Second Request for Production of Documents | | |
| 49 | 1/23/14 Court Order | | |
| 50 | Photographs of Site | | |
| 50A | Google Map of MacDade Mall | | |
| 50B | James Kelly Sketch of Inlet and Pipe | | |
| 50C | Jeffrey Bross Deposition Transcript 4/8/14 | | |
| 51 | 6 Pictures (Bross 11) | | |
| 52 | Ariel Photograph of the Mall, Railroad tracks and surrounding areas | | |
| 53 | Pennsylvania Utilities Commission Application Order (Certified) | | |
| 54 | Proposed Shopping Plans | | |
| 55 | March 12, 2012 Reconsideration Hearing | | |
| 56 | Track Maintenance Records (January 1, 1982 – January 17, 2012) | | |

| NO. | DESCRIPTION | ADMITTED | NOT ADMITTED |
|---|---|---|---|
| 57 | Picture (Bross Report 10) | | |
| 58 | Picture (Bross Report 2) | | |
| 59 | Arcadis Simplified work order | | |
| 60 | Picture (Bross Report 8) | | |
| 61 | Picture (Bross Report 9) | | |
| 62 | Lakeland Survey | | |
| 63 | National Climatic Data Center Records | | |
| 64 | February 3, 2012 Affidavit of Dave Lackford | | |
| 65 | February 3, 2012 Affidavit of Tom Lancaster | | |
| 66 | Browne Soil Survey | | |
| 67 | Expert Report of Jeffrey Bross | | |
| 68 | Picture (Bross Report 1) | | |
| 69 | Picture (Bross Report 1A) | | |
| 70 | Picture (Bross Report 3) | | |
| 71 | Picture (Bross Report 4) | | |
| 72 | Picture (Bross Report 5) | | |
| 73 | Picture (Bross Report 6) | | |
| 74 | Picture (Bross Report 7) | | |
| 75 | Motion for Summary Judgment Transcript, July 24, 2014 | | |
| 76 | Browne's Hand drawing (Browne 3) | | |

| NO. | DESCRIPTION | ADMITTED | NOT ADMITTED |
|---|---|---|---|
| 77 | 05/01/2014 Philly.com News Article - Widespread Flooding; 04/13/2014 Delco Times News Article re: flood Darby Borough; 05/01/2014 ABClocal news article Re: heavy rain across Delaware Valley; 05/01/20104 Bizjournals – Mayor Nutter; 7th worst rain storm | | |
| 78 | Supplemental Expert Report of Jeffrey Bross | | |
| 79 | Pictures (May 1, 2014) | | |
| 80 | Pictures (May 1, 2014) | | |
| 81 | Pictures (May 1, 2014) | | |
| 82 | Browne Report dated January 13, 2012 | | |
| 83 | Browne Deposition (April 14, 2014) | | |
| 84 | Browne Deposition (February 8, 2012) | | |
| 85 | Kelly Deposition (April 16, 2014) | | |

Respectfully submitted,
MD MALL ASSOCIATES, LLC
Trading as MacDade Mall Associates, L.P.,
By their attorneys,

/s/Pamela Tobin
Pamela Tobin, Esquire
ptobin@kaplaw.com
Kaplin Stewart Meloff Reiter & Stein, PC
Union Meeting Corporate Center
910 Harvest Drive
Blue Bell PA 19422-0765
Telephone:  610-941-2543
Fax:  610-684-2041

Respectfully submitted,
CSX Transportation, Inc.,
By their attorneys,

/s/Patrick J. Kearney
Patrick J. Kearney Esquire
pjkearney@duanemorris.com
Duane Morris LLP
30 South 17th Street
Philadelphia, PA 19103-4196
Telephone:  215-979-1171
Fax: 215-979-1020