**DUANE MORRIS LLP**
By:     Sharon L. Caffrey
Patrick J. Kearney
30 South 17th Street
Philadelphia, PA  19103-4196
Telephone: +1 215 979 1000
Fax: +1 215 979 1020
Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MD MALL ASSOCIATES, LLC, t/a MacDade Mall Associates, L.P.,<br>　　　　　Plaintiff,<br><br>　　v.<br><br>CSX Transportation, Inc.,<br>　　　　　Defendant. | C.A. No. 2:11-cv-04068 |

**DEFENDANT'S WITNESS LIST AND DEPOSITION DESIGNATIONS**

By and through its undersigned counsel, Defendant CSX Transportation, Inc. (**"CSXT"**), submits its Deposition Counter Designations for the trial to commence on December 14, 2015 in accordance with a pre-trial scheduling stipulation with Plaintiff MD Mall Associates, LLC, t/a MacDade Mall Associates, L.P. (**"MD Mall"**).

　　**I.**　　**DEPOSITION COUNTER DESIGNATIONS**

Defendant CSXT intends to read into the record at trial the following testimony from the deposition testimony of the following CSXT witnesses.

　　　　(1)　　**David Lackford:**

　　　　　　P. 22, L. 8 – L. 13

　　　　　　P. 40, L. 4 – L. 8

P. 42, L. 1 – L. 4

P. 42, L. 6

P. 42, L. 8 – L. 9

P. 42, L. 18 – P. 43, L. 1

P. 43, L. 22 – P. 44, L. 2

P. 45, L. 6 – L. 9

P. 46, L. 13

P. 54, L. 17 – L. 20

P. 55, L. 5 – L. 19

P. 56, L. 20 – L. 24

P. 64, L. 18 – P. 65, L. 4

P. 65, L. 24 – P. 67, L. 16

P. 68, L. 3 – L. 10

P. 71, L. 18 – L. 24

P. 72, L. 23 – L. 24

P. 73, L. 2 – L. 4

P. 73, L. 6 – L. 10

P. 73, L. 13

P. 73, L. 16 – L. 17

P. 73, L. 19 – P. 74, L. 13

P. 75, L. 22 – L. 24

P. 77, L. 2 – L. 5

P. 77, L. 7 – L. 11

P. 79, L. 6 – L. 12

P. 79, L. 15 – L. 19

P. 79, L. 21 – P. 80, L. 23

P. 81, L. 10 – L. 19

P. 83, L. 18 – P. 84, L. 3

P. 86, L. 5 – L. 7

P. 86, L. 10

P. 86, L. 12 – L. 19

P. 87, L. 12 – L. 13

P. 87, L. 15 – L. 24

P. 88, L. 6 – P. 89, L. 4

P. 89, L. 6 – L. 8

P. 89, L. 10 – L. 13

P. 89, L. 20 – P. 90, L. 19

P. 91, L. 1 – L. 19

P. 103, L. 14 – L. 24

P. 114, L. 20 – L. 21

P. 115, L. 1 – L. 5

P. 115, L. 15 – L. 18

P. 115, L. 21 – L. 22

P. 116, L. 20 – L. 22

P. 117, L. 11 – L. 16

P. 117, L. 19 – L. 22

P. 120, L. 1 – L. 6

P. 120, L. 10 – L. 11

P. 122, L. 21 – L. 22

P. 122, L. 24 – P. 123, L. 4

P. 123, L. 20 – L. 21

P. 123, L. 23 – P. 124, L. 2

P. 124, L. 4 – L. 7

P. 124, L. 9 – L. 12

P. 124, L. 15

P. 128, L. 1 – P. 129, L. 8

P. 132, L. 1 – L. 3

P. 132, L. 6 – L. 11

P. 132, L. 23 – P. 133, L. 1

P. 133, L. 5 – L. 13

P. 134, L. 1 – L. 2

P. 134, L. 5 – L. 12

P. 134, L. 14 – L. 15

P. 134, L. 17 – L. 22

P. 138, L. 7 – L. 11

P. 138, L. 13

P. 138, L. 15 – L. 18

P. 138, L. 20 – L. 21

P. 139, L. 1 – L. 22

      P. 140, L. 1 – L. 7

      P. 140, L. 11 – L. 15

      P. 158, L. 15 – L. 17

      P. 158, L. 22 – L. 23

(2)  **Jeremy Helene**

      P. 13, L. 14 – L. 18

      P. 14, L. 2 – L. 7

      P. 16, L. 7 – L. 23

      P. 17, L. 3 – L. 9

      P. 17, L. 19 – L. 23

      P. 19, L. 7 – L. 11

      P. 47, L. 18 – P. 51, L. 2

      P. 51, L. 5

      P. 51, L. 7 – P. 53, L. 23

      P. 54, L. 2 – L. 10

      P. 55, L. 3 – L. 9

      P. 55, L. 16 – L. 24

      P. 56, L. 2 – L. 15

      P. 65, L. 2 – L. 8

      P. 76, L. 5 – L. 14

      P. 80, L. 17 – P. 81, L. 20

      P. 82, L. 22 – P. 84, L. 6

      P. 84, L. 15 – L. 23

P. 87, L. 13 – L. 16

P. 88, L. 13 – L. 17

P. 89, L. 19 – P. 90, L. 10

P. 118, L. 19 – L. 24

P. 119, L. 3 – L. 6

P. 122, L. 5 – L. 16

P. 124, L. 3 – L. 6

P. 125, L. 15 – L. 18

P. 125, L. 24 – P. 126, L. 12

P. 126, L. 22 – P. 127, L. 17

P. 127, L. 19 – L. 20

P. 127, L. 22

P. 128, L. 6 – L. 7

P. 128, L. 9 – L. 10

P. 128, L. 12 – P. 129, L. 20

P. 140, L. 4 – L. 6

P. 142, L. 21 – L. 23

P. 144, L. 1

P. 144, L. 6 – L. 12

P. 159, L. 8 – L. 13

P. 165, L. 14 – P. 166, L. 2

P. 170, L. 4 – L. 18

P. 170, L. 20 – P. 171, L. 14

    P. 177, L. 9 – L. 19

    P. 177, L. 21 – P. 178, L. 4

    P. 178, L. 6 – L. 8

    P. 178, L. 10 – L. 11

(3) **William Parry**

    P. 59, L. 11 – L. 21

    P. 60, L. 22 – P. 61, L. 8

    P. 62, L. 3 – L. 5

    P. 62, L. 8 – L. 10

    P. 78, L. 14 – L. 21

    P. 89, L. 8 – L. 14

    P. 98, L. 10 – L. 22

    P. 99, L. 4 – L. 8

    P. 99, L. 12 – L. 13

    P. 99, L. 16

    P. 105, L. 6 – L. 14

    P. 106, L. 13 – L. 15

    P. 106, L. 18 – L. 21

DUANE MORRIS LLP

/s/ Sharon L. Caffrey
Sharon L. Caffrey (49519)
Patrick J. Kearney (91046)

30 South 17th Street
Philadelphia, PA 19103-4196
Telephone: +1 215 979 1000
Fax: +1 215 979 1020

Attorneys for Defendant

Dated: December 7, 2015

9